EDMUND G. BROWN Jr.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
STEPHEN G. HERNDON
Supervising Deputy Attorney General
DAWN MORTAZAVI
Deputy Attorney General
State Bar No. 223230
  1300 I Street
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-0069
  Fax: (916) 324-2960
dawn.mortazavi@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONNY DeSHAWN SMITH,** | CIV-S-08-0673-LEW-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **KEN CLARK, et al.,** | |
| Respondents. | |

Respondents have filed a request to modify the briefing schedule.

1. GOOD CAUSE APPEARING, it is hereby ordered that Respondents' request is hereby granted.

2. The scheduling order is hereby modified for Respondents to file a response to the petition for writ of habeas corpus within thirty days from the date of this order.

DATED: May 7, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE