UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY DeSHAWN SMITH,<br><br>              Petitioner,<br><br>      v.<br><br>KEN CLARK, et al.,<br><br>              Respondents. | No. CIV S-08-0673 MJP<br><br>ORDER DENYING REQUEST FOR A CERTIFICATE OF APPEALABILITY |

This matter comes before the Court on Petitioner's Application for a Certificate of Appealability. (Dkt. No. 23.) Petitioner seeks relief from this Court's denial of his petition for a writ of habeas corpus. For the reasons set forth below, the Court DENIES Petitioner's request.

Under 28 U.S.C. § 2253(c)(1)(a), a petitioner may not appeal a final order in a habeas proceeding "in which the detention complained of arises out of process issued by a State court" unless a judge issues a certificate of appealability. The statute also provides that, in order to be entitled to a certificate, a petitioner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make such a showing, Petitioner must demonstrate "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner of that the issues presented were adequate to deserve encouragement to proceed further." Miller-El v. Cockrell, 537 U.S. 322, 336 (2003) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)) (internal quotations

ORDER - 1

omitted) (further noting that this showing does not require a showing that the appeal will necessarily succeed).

Mr. Smith's petition for habeas relief presented four grounds for relief; none rises to the level that would merit a certificate of appealability.  In analyzing Ground One, this Court observed there were three independently sufficient justifications for denying Mr. Smith habeas relief: (1) the claim was barred by In re Lindley, 29 Cal.2d 709 (1949); (2) the claim was barred by In re Dixon, 41 Cal.2d 756 (1953); and, (3) the State provided sufficient evidence (including DNA evidence) against Mr. Smith.  The Court denied Grounds Two and Three under the standard set forth by the Ninth Circuit in Miller v. Stagner, 757 F.2d 988, 994 (9th Cir. 1985).  For both grounds, none of the Miller factors weighed in Petitioner's favour.  Petitioner's Ground Four sought relief based on the cumulative effect of other supposed errors.  Because the Court found no underlying error, the cumulative effect was nil.  Petitioner's application fails to describe how reasonable jurist could disagree with the Court's conclusions and, instead, offers a restatement of the arguments underlying the original petitioner.  As such, Petitioner has failed to make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

It is ORDERED that Petitioner's request for a Certificate of Appealability is DENIED.  The Clerk is directed to transmit a copy of this Order to all counsel of record and mail a copy to Petitioner.

DATED this 15th day of September, 2009.

Marsha J. Pechman
United States District Judge

ORDER - 2